

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TELEWIZJA POLSKA USA, INC. ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> vs. ) <br> ) <br> ECHOSTAR SATELLITE CORPORATION, ) <br> a Colorado corporation, ) <br> ) <br> Defendant/Counter-Plaintiff. ) | Case No. 02 C 3293 <br><br> Judge Ronald A. Guzman <br><br> Magistrate Judge <br> Arlander Keys |

## MEMORANDUM OF JUDGMENT

1. On March 7, 2006, the jury rendered a verdict in favor of Plaintiff, Telewizja Polska USA, Inc. ("Polska"), and against Defendant, EchoStar Satellite L.L.C., formerly known as EchoStar Satellite Corporation ("EchoStar"), on Polska's breach of contract claim in the amount of $1,403,944.88.

2. Judgment was entered on the verdict by this Court on March 23, 2006, from which date, interest on the Judgment runs and continues until such Judgment is satisfied.

ENTERED:

_April 17_, 2007

_____
J U D G E

*Prepared by and Mail Receipt to:*
Phillip J. Zisook
Brian D. Saucier
Deutsch, Levy & Engel, Chartered
225 W. Washington Street, Suite 1700
Chicago, IL 60606
312/346-1460

-246905.1